UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCOS SAVEDRA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:03-CV-1789-G |
| DOUGLAS DRETKE, Director, Texas | ) | |
| Department of Criminal Justice, | ) | |
| Institutional Corrections Division, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After reviewing *de novo* the findings, conclusions, and recommendation ("Findings") of the United States Magistrate Judge, I am of the opinion that the Findings of the magistrate judge are correct and they are accepted as the Findings of the court, except for the following:  (1) on page 7, line 8, the comma between "*also*" and "*Henderson*" should be deleted; and (2) on page 10, lines 2-4, the citation and parenthetical should read "*United States v. Cordova*, 202 F.3d 283 (10th Cir. 1999) (holding that a lack of fluency in English language is not extraordinary circumstance which would warrant equitable tolling) (unpublished table decision)."

It is therefore **ORDERED** that the Findings, except as modified herein, are **ADOPTED** as the findings and conclusions of the court.

May 9, 2005.

_____
A. JOE FISH
CHIEF JUDGE